IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDGAR J. BROWN                     :

v.                                 :   CIVIL ACTION NO. S-00-2720

THE BALTIMORE SUN COMPANY          :

## ORDER

This employment discrimination action resulted in summary judgment granted to defendant. (*See* Paper Nos. 28 and 29). No appeal has been filed.

Counsel for defendant has filed a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920. (Paper No. 30). No objection has been raised by plaintiff.

Deposition expenses may be taxed under F.R.Civ.P. 54(d) where they are necessary for the case. *See* ***Crawford v. Fitting Co. v. J.T. Gibbons, Inc.***, 482 U.S. 437 (1987). Depositions of the plaintiffs are allowable items of cost. The cost of copy work for pleadings filed in connection with the case also is an allowable item of cost.

In accordance with the foregoing opinion, costs are hereby awarded in favor of defendant in the amount of $1,021.47.[1]  A copy of this Order shall be docketed and mailed to plalintiff as well as counsel for defendant.

DATED this 25th day of September, 2001.

Felicia C. Cannon
Clerk of Court

---

[1]  Defendants' request has been reduced by $26.50. Costs for postage and handling are considered general office overhead and are not taxed against the losing party.